No. 89–979.  BAUSCH & LOMB INC. v. HEWLETT-PACKARD CO. C. A. Fed. Cir.  Certiorari denied.

No. 89–980.  HEFTI ET UX. v. UNITED STATES ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 89–981.  GELBAND ET AL. v. TEXACO INC. ET AL.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 89–982.  SINDAK v. IDAHO.  Sup. Ct. Idaho.  Certiorari denied.

No. 89–983.  ADAIR ET AL. v. CLAY ET AL.  Sup. Ct. Okla. Certiorari denied.

No. 89–984.  BUCKLEY LAND CORP. v. DEPARTMENT OF NATURAL RESOURCES OF MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 89–987.  STANDARD OIL COMPANY OF CALIFORNIA ET AL. v. CITY OF LONG BEACH ET AL.; and

No. 89–990.  EXXON CORP. ET AL. v. CITY OF LONG BEACH ET AL.  C. A. 9th Cir.  Certiorari denied.  Reported below: 872 F. 2d 1401 and 886 F. 2d 246.

No. 89–988.  CHEVRON CORP. ET AL. v. CITY OF LONG BEACH ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 89–991.  THOMPSON v. SCHRODER, JUDGE, KENTON DISTRICT COURT.  Cir. Ct. Ky., Kenton County.  Certiorari denied.

No. 89–993.  BRYANT v. FORD MOTOR CO.  C. A. 9th Cir. Certiorari denied.

No. 89–995.  MEYER ET AL. v. FOWLER ET UX.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 89–998.  MITCHELL v. ASSOCIATED BUILDING CONTRACTORS OF N. W. OHIO, INC., ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 89–1000.  KAPLAN v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.